# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 04-2267

_____

Jerry A. Nissen,                               *
                                               *
          Appellant,                           *
                                               *   Appeal from the United States
     v.                                        *   District Court for the
                                               *   District of South Dakota.
Jeff Bloomberg, Secretary of                   *
Corrections; Douglas Weber, Warden;            *   [UNPUBLISHED]
Bob Kuemper, Associate Warden,                 *
Operations; Dennis Block, Associate            *
Warden; Paul Goldhorn, Counselor;              *
Eugene Regier; Kay Paa, Supervisor of          *
Health Services; Vincent Neshem,               *
Charge Nurse; Bob Gillies; Carol               *
Mohror, LPN; Owen Spurrell; Gregory            *
Zike, PA; Troy Ponto; Rhonda Miller;           *
Annette Doe, LPN; Mike Rost, MD;               *
Doneen Hollingsworth, Secretary of             *
Health for the State of South Dakota;          *
Darrell Slykhuis, Deputy Warden;               *
Donna Scott, RN; Annette Buthe, LPN,           *
all in their individual and official           *
capacities, severally,                         *
                                               *
          Appellees.                           *

_____

Submitted: June 15, 2005
Filed: June 23, 2005

_____

Before BYE, RILEY, and COLLOTON, Circuit Judges.
_____

PER CURIAM.

South Dakota inmate Jerry A. Nissen appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Jolly v. Knudsen, 205 F.3d 1094, 1096 (8th Cir. 2000) (standard of review), we agree with the district court's thorough assessment of the merits of Nissen's lawsuit.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John E. Simko, United States Magistrate Judge for the District of South Dakota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).